UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$36,360.00 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST,<br><br>Defendant. | CASE NO. CV17-997-RAJ<br><br>**DEFAULT JUDGMENT OF FORFEITURE** |

THIS MATTER came before the Court on the United States' Request for Entry of a Default Judgment of Forfeiture ("Request"). *See* Dkt. No. 9. Having reviewed the Request, as well as the other pleadings and papers filed in this matter, the Court FINDS a Default Judgment of Forfeiture is appropriately entered because:

- The United States properly served, by direct notice and publication, all potential claimants to the above-captioned $36,360.00 and any accrued interest ("the Defendant Currency") (Declaration of AUSA Michelle Jensen in Support of Request for Entry of Default, Dkt. No. 7-1);
- No one has filed a claim to the Defendant Currency or otherwise appeared in this case; and,
- On October 31, 2017, the Clerk of Court entered default against all potential claimants to the Defendant Currency (Order of Default, Dkt. No. 8).

NOW, THEREFORE, THE COURT ENTERS a Default Judgment of Forfeiture, as follows:

1. The Defendant Currency is fully and finally forfeited, in its entirety, to the United States pursuant to 21 U.S.C. § 881(a)(6); hereafter, no right, title, or interest in the Defendant Currency shall exist in any other party; and,

2. The United States Marshals Service, and/or its agents and representatives, shall dispose of the Defendant Currency as permitted by governing law.

DATED this 6th day of March, 2018.

_____
The Honorable Richard A. Jones
United States District Judge